# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ROGER THORSON** *Plaintiff*

*versus* **CIVIL ACTION NO. 4:08-CV-00129-WAP-DAS**

**CHRISTOPHER EPPS, et al.,** *Defendants*

## DEFENDANTS' MOTION TO DISMISS

**COMES NOW** Defendants, Christopher Epps, et al. (collectively referred to as "the State") and file this Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Pursuant to the Memorandum of Authorities accompanying this Motion, the State Defendants respectfully request that this Court grant this Motion.

Wherefore, premises considered, the State Defendants respectfully request that this Court GRANT the present Motion to Dismiss.

Respectfully submitted,

**JIM HOOD**
ATTORNEY GENERAL
STATE OF MISSISSIPPI

**MARVIN L. WHITE**
ASSISTANT ATTORNEY GENERAL
Miss. Bar No. 7149

**JASON L. DAVIS**
SPECIAL ASSISTANT ATTORNEY GENERAL
Miss. Bar No. 102157
Counsel of Record

BY: **s/** *JASON L. DAVIS*

Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680
Telefax: (601) 359-3796

**CERTIFICATE OF SERVICE**

This is to certify that I, Jason L. Davis, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR EQUITABLE AND INJUNCTIVE RELIEF with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jim Davis
1904 24th Avenue
Post Office Box 1839
Gulfport, MS 39502-1839

This the 10th day of November, 2008.

s/ *JASON L. DAVIS*