# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

ROGER THORSON                                                    PLAINTIFF

v.                                                         No. 4:08CV129-WAP-DAS

CHRISTOPHER EPPS, ET AL.                                         DEFENDANTS

## ORDER

Upon further review of the file and record of this action, the court finds the plaintiff filed this action pursuant to 42 U.S.C. § 1983 on October 3, 2008. On November 10, 2008, the defendants filed a motion to dismiss, and on June 22, 2009, the court denied that motion. There has been no activity in the case since that time. In the interest of promptly resolving this matter, the court finds the defendants should be required to answer the complaint, and this case shall proceed as a regular civil action.

**THEREFORE, IT IS ORDERED** that within ten (10) days of this date, the defendants shall file their answer to the complaint, and the case shall proceed as a regular civil action.

This, the 25th day of August, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE