*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF MISSISSIPPI*
*GREENVILLE  DIVISION*

## NOTICE

**ROGER THORSON**

**VS.**                                                                                    **NO.: 4:08CV129-P-S**

**CHRISTOPHER EPPS, ET AL.**

___

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U. S. FEDERAL BUILDING<br>GREENVILLE, MS | Courtroom No. 1 |
| | **Date and Time**<br>**9:00 AM**<br>**April 4, 2011** |

**Type of Proceeding**
**NON-JURY TRIAL BEFORE DISTRICT JUDGE W. ALLEN PEPPER, JR.***

David Crews Clerk

By: /s/ Sally Freeman
Courtroom Deputy

**\*PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ARE TO BE IN JUDGE PEPPER'S OFFICE NO LATER THAN FOURTEEN (14)  WORKING DAYS BEFORE DATE OF NON-JURY TRIAL**

Date:   10/27/09
To:
James L. Davis , III     jamesldavisiii@aol.com

Jason L. Davis     jdavi@ago.state.ms.us, jasonlewisdavis@comcast.net

PLEASE SALLY FREEMAN IF YOU HAVE ANY QUESTIONS AT 390-4318

Case 4:08-cv-00129-WAP-DAS    Document 22    Filed 10/27/2009    Page 1 of 1