**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROGER THORSON**                                                                                 **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 4:08-cv-129-P-S**

**CHRISTOPHER EPPS, ET AL**                                     **DEFENDANTS**

## ORDER

This matter is before the court on motion of the defendant to extend the CMO deadlines (#48). In light of the continued trial date, the court finds that the motion is well-taken and that a thirty (30) day extension of case management order deadlines should be granted.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted: an extension to January 24, 2011 for completion of discovery; and February 7, 2011 for the filing of motions other than motions in limine.

**SO ORDERED AND ADJUDGED**, this, the 18th day of November, 2010.

                                                              /s/David A. Sanders
                                                              **UNITED STATES MAGISTRATE**