IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROGER THORSON**                                                             **PLAINTIFF**

**vs.**                                            **CIVIL ACTION NO.: 4:08CV129-WAP-JMV**

**CHRISTOPHER EPPS, et al.**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with an Order entered with the Clerk of this Court on this day, Defendants' motion for summary judgment is **GRANTED**; judgment is **ENTERED** for the Defendants, and this case is **CLOSED**.

**SO ORDERED**, this the 13th day of July, 2011.

                                                  /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE